IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PAUL AND CATHY DONOHOE; TORIAN DONOHOE; KYLE AND ANNA DONOHOE; DAVID AND KAYCE ARTHUN, AND CASTLE CREEK RANCH L.P., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FOREST SERVICE, FOREST SUPERVISOR MARY ERICKSON, DISTRICT RANGER KEN COFFIN, <br><br> Defendants. | CV 20-137-BLG-SPW <br><br> ORDER |

On September 16, 2020 Plaintiffs filed a Complaint (Doc. 1) and Defendants have now filed an Answer (Doc. 16).

Accordingly, this matter is at issue. This case is exempt from the preliminary pretrial conference requirement under Rule 26(a)(1)(B) of the Federal Rules of Civil Procedure and Local Rules 16.2 and 26.1. Therefore,

**IT IS ORDERED** that lead trial counsel for the respective parties shall meet and confer to consider a joint case management plan to be filed with the Court on or before **March 5, 2021.** If the parties are unable to agree on a joint case management plan, they shall each file separate case management plans on or

before **March 5, 2021**, noting to which dates they could not agree and the reasons for their disagreement.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 3rd day of February, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge