Mark L. Stermitz
Peter B. Taylor
CROWLEY FLECK PLLP
1915 S. 19th Ave.
P.O. Box 10969
Bozeman, MT  59719-0969
Telephone:  (406) 556-1430
Facsimile:   (406) 556-1433
mstermitz@crowleyfleck.com
ptaylor@crowleyfleck.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| PAUL AND CATHY DONOHOE; TORIAN DONOHOE; DAVID AND KAYCE ARTHUN; AND CASTLE CREEK RANCH L.P.,<br><br>*Plaintiffs*,<br><br> v.<br><br>U.S. FOREST SERVICE, FOREST SUPERVISOR MARY ERICKSON, DISTRICT RANGER KEN COFFIN,<br><br>*Defendants*. | CV 20-137-BLG-SPW<br><br>**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

Plaintiffs Paul and Cathy Donohoe, Torian Donohoe, David and Kayce Arthun and Castle Creek Ranch, L.P. (Plaintiffs), through counsel, hereby move the Court for judgment in their favor pursuant to Fed. R. Civ. P. 56(a).

1

There are no genuine issues of material fact, and as a matter of law Plaintiffs are entitled to judgment against the Federal Defendants. The grounds for the motion are set forth in the supporting Memorandum filed herewith.

DATED this 18th day of August, 2021

                            CROWLEY FLECK PLLP

                            By /s/  *Mark L. Stermitz*
                                Mark L. Stermitz
                                Peter B. Taylor
                                305 South 4th Street East, Ste. 100
                                Missoula, MT 59801-2701

                                *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 18, 2021, I filed the above with the Court's CMS/ECF system, which will send notice to each party.

                */s/ Mark L. Stermitz*