TODD KIM
United States Department of Justice
Acting Assistant Attorney General
Environment & Natural Resources Division

RICKEY D. TURNER, JR. (CO Bar No. 38353)
Senior Attorney
Wildlife and Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, Colorado 80202
Phone: (303) 844-1373
rickey.turner@usdoj.gov

SHAUN M. PETTIGREW (CA Bar No. 254564)
Trial Attorney
Natural Resources Section
c/o NOAA, Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98115
Phone: (206) 526-6881
shaun.pettigrew@usdoj.gov

*Counsel for Federal Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| PAUL and CATHY DONOHOE; TORIAN DONOHOE; KYLE and ANNA DONOHOE; DAVID and KAYCE ARTHUN; and CASTLE CREEK RANCH L.P., <br><br> Plaintiffs, <br><br> v. | ) <br> ) <br> ) <br> ) Case No. 1:20-cv-137-SPW <br> ) <br> ) <br> ) <br> ) <br> ) FEDERAL DEFENDANTS' <br> ) CROSS-MOTION FOR <br> ) SUMMARY JUDGMENT <br> ) |

1

| | |
|---|---|
| UNITED STATES FOREST SERVICE; FOREST SUPERVISOR MARY ERICKSON; and; DISTRICT RANGER KEN COFFIN, | ) ) ) ) ) |
| Federal Defendants. | ) ) |

Federal Defendants hereby submit this cross-motion for summary judgment. For the reasons set forth in Federal Defendants' supporting brief, Federal Defendants request that the Court grant summary judgment in favor of Federal Defendants and dismiss all of Plaintiffs' claims under Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1.

Respectfully submitted on this 22nd day of September, 2021.

    TODD KIM
    Assistant Attorney General
    Environment & Natural Resources Division

    */s/ Shaun M. Pettigrew*
    SHAUN M. PETTIGREW
    Trial Attorney, CA State Bar No. 254564
    c/o NOAA Damage Assessment
    7600 Sand Point Way, NE
    Seattle, WA 98115
    Telephone: (206) 526-6881
    shaun.pettigrew@usdoj.gov

    RICKEY D. TURNER, JR.
    Senior Attorney, CO State Bar No. 38353
    Wildlife and Marine Resources Section

999 18th Street, South Terrace, Suite 370
Denver, Colorado 80202
Telephone: (303) 844-1373
rickey.turner@usdoj.gov

*Attorneys for Federal Defendants*

## **CERTIFICATE OF SERVICE**

     I hereby certify that I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will provide service to counsel for the parties.

                                         /s/ *Shaun M. Pettigrew*
                                         Shaun M. Pettigrew
                                         *Attorney for Defendants*